# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**CHRISTOPHER FARMER, # 244318**      **PETITIONER**

v.      **CIVIL NO. 1:25cv75-HSO-RPM**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**      **RESPONDENT**

## FINAL JUDGMENT

This matter is before the Court sua sponte. Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that, this case is dismissed without prejudice for failure to exhaust available state remedies.

**SO ORDERED AND ADJUDGED**, this the 27th day of June, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE